UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of ANHONY JAMES HUNT, a minor,<br><br>Plaintiff,<br>v.<br><br>KB TOYS, INC., d/b/a KB TOYS,<br><br>Defendant. | :<br>: C.A. No.: 07-CV-00022 JJF<br>:<br>:<br>:<br>: 12 JUROR TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard D. Abrams, Esquire on behalf of Defendant.

HECKLER & FRABIZZIO

_____
Richard D. Abrams, Esquire  (I.D. 2968)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
  (302)  573-4800
  (e-mail)  rabrams@hfddel.com
Attorney for Defendant

Date: February 21, 2007

Doc. 334105 / File 17359

## CERTIFICATE OF SERVICE

I, Richard D. Abrams, Esquire of Heckler & Frabizzio do hereby certify that on the 21st day of February, 2007, two true and correct copies of an Entry of Appearance were served by first-class mail, postage prepaid on the following attorney of record:

Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE  19810

HECKLER & FRABIZZIO

_____
Richard D. Abrams, Esquire  (I.D. 2968)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE  19899-0128
  (302)  573-4800
  (e-mail) rabrams@hfddel.com
Attorney for Defendant

Doc.  334102 / File 17359