AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Lisa Desombre, a natural guardian of
AJH, a minor

## SUMMONS IN A CIVIL CASE

V.

KB Toys, Inc., d/b/a KB Toys

CASE NUMBER: 07-cv-22

TO: (Name and address of Defendant)

KB Toys, Inc., d/b/a KB Toys
100 West Street
Pittsfield, MA   01201-5702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road
Suite D
Wilmington, DE  19810

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____          1-31-07
CLERK                                      DATE

_____
By DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/13/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James M. Kane | Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: , 100 WEST ST, Pittsfield

Left with Louis Seneca, Legal Rep.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/13/7___      _James M. Kane_
              Date              Signature of Server

130 Maple St.
Suite 102
Springfield, MA 01103
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.