File No.: PI07-17359
Document No.: 334664

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of ANTHONY JAMES HUNT, a minor, ) ) ) Plaintiff, ) v. ) ) KB TOYS, INC., d/b/a KB TOYS, ) ) Defendant. ) | C.A. No.: 07-CV-00022 (JJF) TRIAL BY JURY OF 12 DEMANDED |

### SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Richard D. Abrams, Esquire on behalf of Defendant KB Toys, Inc. d/b/a KB Toys and ENTER THE APPEARANCE of Daniel P. Bennett, Esquire on behalf of Defendant KB Toys, Inc. d/b/a KB Toys.

HECKLER & FRABIZZIO

_____
RICHARD D. ABRAMS I.D. #2968
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
Date: February 26, 2007    Attorney for Defendant

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
Date: February 26, 2007    Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire of Heckler & Frabizzio do hereby certify that on the 26th day of February 2007, two true and correct copies of the Substitution of Counsel were served by first-class mail, postage prepaid on the following attorney of record:

Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE 19810

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
(E-mail) dbennett@hfddel.com
Attorney for Defendant
KB Toys, Inc. d/b/a KB Toys

Date: February 26, 2007