## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No.: 07-CV-00022 (JJF) ) |
| KB TOYS, INC., d/b/a KB TOYS, | ) TRIAL BY JURY OF 12 DEMANDED ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the following individual on the below specified date and time in the offices of Daniel P. Bennett, Esquire, Heckler & Frabizzio, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

| | | |
|---|---|---|
| **Lisa Desombre** | **June 4, 2007** | **10:00 a.m.** |

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett
DANIEL P. BENNETT I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
(E-mail) dbennett@hfddel.com
Attorney for Defendant
KB Toys, Inc. d/b/a KB Toys

Date: May 25, 2007
CC: Wilcox & Fetzer
JEB/348861

## CERTIFICATE OF SERVICE

I, Daniel P. Bennett, Esquire of Heckler & Frabizzio do hereby certify that on the 25th day of May 2007, a true and correct copies of the Notice of Deposition was served by electronic filing and first class mail to the following attorney of record:

Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE 19810

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett
DANIEL P. BENNETT I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
(E-mail) dbennett@hfddel.com
Attorney for Defendant
KB Toys, Inc. d/b/a KB Toys

Date: May 25, 2007