UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of ANTHONY JAMES HUNT, a minor, )<br><br>Plaintiff, )<br>v. )<br>)<br>KB TOYS, INC., d/b/a KB TOYS, )<br>)<br>Defendant. ) | C.A. No.: 07-CV-00022 (JJF)<br><br>TRIAL BY JURY OF 12 DEMANDED |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE OF DANIEL P. BENNETT, ESQUIRE OF MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS on behalf of Defendant KB TOYS, INC., d/b/a KB TOYS, and ENTER THE APPEARANCE OF DANIEL McKENTY, ESQUIRE AND GERALD J. HAGER, ESQUIRE, OF HECKLER & FRABIZZIO on behalf of Defendant KB TOYS, INC., d/b/a KB TOYS.

| MINTZER, SAROWITZ, ZERIS,<br>LEDVA & MEYERS, LLP | HECKLER & FRABIZZIO |
|---|---|
| "/s/ Daniel P. Bennett, Esq."<br>DANIEL P. BENNETT (I.D. No. 2842)<br>1220 North Market Street<br>Suite 300<br>Wilmington, DE 19801 | "/s/ Daniel L. McKenty, Esq."<br>DANIEL L. McKENTY (I.D. No. 2689)<br>GERALD J. HAGER (I.D. No. 4097)<br>The Corporate Plaza<br>800 Delaware Avenue<br>Suite 200<br>P. O. Box 128<br>Wilmington, DE 19899-0128 |
| Dated: August 1, 2007 | Dated: August 1, 2007 |

Doc. 354836 - File 17359

## CERTIFICATE OF SERVICE

I, DANIEL L. McKENTY, ESQUIRE AND GERALD J. HAGER, ESQUIRE, do hereby certify that on the 1st day of August, 2007, a copy of the foregoing SUBSTITUTION OF COUNSEL was forwarded to counsel via electronic service.

        Marc H. Snyder, Esquire
        Rosen, Moss, Snyder & Bleefeld, L.L.P.
        1813 Marsh Road, Suite D
        Wilmington, DE  19810

        "/s/Daniel L. McKenty, Esq."
        DANIEL L. McKENTY, ESQ.
        GERALD J. HAGER, ESQ.