File No.: PJ07-17359
Document No.: 358337

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

LISA DESOMBRE, a natural guardian )
of AJH, a minor, )
                                                  )
    Plaintiff, )
    v. )    C.A. No.: 07-CV-00022 (JJF)
                                                  )
KB TOYS, INC., d/b/a KB TOYS, )    TRIAL BY JURY OF 12 DEMANDED
                                                  )
    Defendant. )

## NOTICE OF DEPOSITION

TO:    Marc H. Snyder, Esquire
          Rosen, Moss, Snyder & Bleefeld, L.L.P.
          1813 Marsh Road, Suite D
          Wilmington, DE 19810

**PLEASE TAKE NOTICE** that the undersigned attorney, on behalf of defendant, will take the oral deposition of the Plaintiff, Lisa Desombre, a natural guardian of AJH, a minor on **Friday, September 28, 2007,** commencing at **2:00 p.m..,** in the offices of the undersigned.

                                HECKLER & FRABIZZIO

                                DANIEL L. McKENTY, ESQ. I.D. 2689
                                The Corporate Plaza
                                800 Delaware Avenue, Suite 200
                                P. O. Box 128
                                Wilmington, DE 19899-128
                                Attorney for Defendant

Date: August 15, 2007

cc: Karasch & Associates
     By Fax: 610-696-2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, | ) ) ) | |
| Plaintiff, v. | ) ) ) | C.A. No.: 07-CV-00022 (JJF) |
| KB TOYS, INC., d/b/a KB TOYS, | ) ) ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

I, **DANIEL L. MCKENTY**, hereby certify that on the 15th day of August, 2007, two copies of the attached *Notice of Deposition* were sent to the following via First Class Mail:

>Marc H. Snyder, Esquire
>Rosen, Moss, Snyder & Bleefeld, L.L.P.
>1813 Marsh Road, Suite D
>Wilmington, DE 19810

DANIEL L. McKENTY, ESQ.