UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor,<br><br>Plaintiff,<br><br>v.<br><br>KB TOYS, INC., d/b/a KB TOYS,<br><br>Defendant. | C.A. No.: 07-CV-00022 (JJF)<br><br>TRIAL BY JURY OF 12 DEMANDED |

### RE-NOTICE OF DEPOSITION

TO:  Marc H. Snyder, Esquire
　　　Rosen, Moss, Snyder & Bleefeld, L.L.P.
　　　1813 Marsh Road, Suite D
　　　Wilmington, DE 19810

**PLEASE TAKE NOTICE** that the undersigned attorney, on behalf of defendant, will take the oral deposition of the Plaintiff, Lisa Desombre, a natural guardian of AJH, a minor on **Thursday, November 8, 2007,** commencing at **2:00 p.m..**, in the offices of the undersigned.

　　　　　　　　　　　　　　　　　HECKLER & FRABIZZIO

　　　　　　　　　　　　　　　　　　/S/ Daniel L. McKenty
　　　　　　　　　　　　　　　　　**DANIEL L. McKENTY, ESQ. I.D. 2689**
　　　　　　　　　　　　　　　　　The Corporate Plaza
　　　　　　　　　　　　　　　　　800 Delaware Avenue, Suite 200
　　　　　　　　　　　　　　　　　P. O. Box 128
　　　　　　　　　　　　　　　　　Wilmington, DE 19899-128
　　　　　　　　　　　　　　　　　Attorney for Defendant

Date: September 21, 2007

cc: Karasch & Associates
　　By Fax: 610-696-2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>KB TOYS, INC., d/b/a KB TOYS,  )<br>)<br>Defendant.  ) | C.A. No.: 07-CV-00022 (JJF)<br><br>TRIAL BY JURY OF 12 DEMANDED |

### CERTIFICATE OF SERVICE

I, **DANIEL L. MCKENTY**, hereby certify that on the 21st day of September, 2007, two copies of the attached *Re-Notice of Deposition* were sent to the following via electronic filing.

    Marc H. Snyder, Esquire
    Rosen, Moss, Snyder & Bleefeld, L.L.P.
    1813 Marsh Road, Suite D
    Wilmington, DE 19810

    /s/ Daniel L. McKenty
    **DANIEL L. McKENTY, ESQ.**

File No.: PI07-17359
Document No.: 363350