UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KB TOYS, INC., d/b/a KB TOYS,<br><br>　　　　Defendant. | C.A. No.: 07-CV-00022 (JJF)<br><br>TRIAL BY JURY OF 12 DEMANDED |

## NOTICE OF SERVICE

I, Daniel L. McKenty, Esquire, of Heckler & Frabizzio, do hereby certify that on the 1st day of November 2007, true and correct copies of the Defendant, K.B. Toys, Inc., First Set of Interrogatories and Requests for Production directed to Plaintiff, were forwarded to the below-listed attorney of record electronic filing to the following:

　　　　Marc H. Snyder, Esquire
　　　　Rosen, Moss, Snyder & Bleefeld, L.L.P.
　　　　1813 Marsh Road, Suite D
　　　　Wilmington, DE 19810

　　　　　　　　HECKLER & FRABIZZIO

　　　　　　　　/s/ Daniel McKenty
　　　　　　　　Daniel L. McKenty, 2689
　　　　　　　　800 Delaware Avenue, Suite 200
　　　　　　　　PO BOX 128
　　　　　　　　Wilmington, DE 19899
　　　　　　　　Attorney for Defendant,
　　　　　　　　K.B. Toys, Inc.

Date: November 1, 2007
　　　17359/368612