UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of A.H., a minor<br><br>      Plaintiff<br><br>v.<br><br>KB TOYS, INC., d/b/a KB TOYS<br><br>      Defendant | C.A. No.:   07-CV-22 |

## NOTICE OF SERVICE

I, Marc H. Snyder, Esquire, of Rosen, Moss, Snyder & Bleefeld, L.L.P., do hereby certify that on the 3rd day of December 2007, true and correct copies of the Plaintiff, Lisa Desombre, a natural guardian of AJH, a minor, First Set of Interrogatories and Requests for Production directed to Defendant, were forwarded to the below-listed attorney of record electronic filing to the following:

      Daniel L. McKenty, Esquire
      Heckler & Frabizzio
      800 Delaware Avenue, Suite 200
      P.O. Box 128
      Wilmington, DE 19899

      ROSEN, MOSS, SNYDER & BLEEFELD, LLP

By:      /s/ Marc H. Snyder
      MARC H. SNYDER, ESQUIRE
      Supreme Court I.D. No.3791
      Rosen, Moss, Snyder & Bleefeld, L.L.P.
      1813 Marsh Road, Suite D
      Wilmington, DE 19810
      (302) 475-8060
      **Attorney for Plaintiffs**

Dated: December 3, 2007