UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No.: 07-CV-00022 (JJF) |
| KB TOYS, INC., d/b/a KB TOYS, ) ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant. ) | |

### NOTICE OF SERVICE

I, Daniel L. McKenty, Esquire, of Heckler & Frabizzio, do hereby certify that on the 16th day of January 2008, true and correct copies of the Defendant, K.B. Toys, Inc., Second Set of Interrogatories and Requests for Production directed to Plaintiff, were forwarded to the below-listed attorney of record electronic filing to the following:

> Marc H. Snyder, Esquire
> Rosen, Moss, Snyder & Bleefeld, L.L.P.
> 1813 Marsh Road, Suite D
> Wilmington, DE  19810

> **HECKLER & FRABIZZIO**

> /s/Daniel McKenty
> Daniel L. McKenty, 2689
> 800 Delaware Avenue, Suite 200
> PO BOX 128
> Wilmington, DE 19899
> Attorney for Defendant,
> K.B. Toys, Inc.

Date: January 16, 2008

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KB TOYS, INC., d/b/a KB TOYS,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No.: 07-CV-00022 (JJF)<br>)<br>)　TRIAL BY JURY OF 12<br>)　DEMANDED<br>)<br>) |

## DEFENDANT'S INTERROGATORIES
## DIRECTED TO PLAINTIFF (SECOND SET)

　　　Defendant in the above action, by attorneys Heckler & Frabizzio, P.A., hereby makes demand that the plaintiff answer the following Interrogatories under oath, within thirty (30) days. These Interrogatories are to be deemed continuing so as to require further answer from now until the time of trial, without further notice, if you learn further information called for herein. These Interrogatories are addressed to you as a party to this action and your answers shall be based upon the information known to you, your attorney or other representatives.

　　　1.　　State the name, address and telephone number of the following:

　　　　　(a)　　The school in which the minor plaintiff attended Kindergarten;

　　　　　(b)　　The school in which the minor plaintiff attended First Grade; and

　　　　　(c)　　The school in which the minor plaintiff attended Second Grade

　　　2.　　State the name, home address, business address, and telephone number of the following persons:

　　　　　(a)　　Kindergarten teacher of minor plaintiff;

　　　　　(b)　　Kindergarten teacher's assistant or aide;

    (c)    First grade teacher of minor plaintiff;

    (d)    First grade teacher's assistant or aide;

    (e)    Second grade teacher of minor plaintiff; and

    (f)    Second grade teacher's assistant or aide.

                               **HECKLER & FRABIZZIO**

                                 ____s/ Daniel McKenty__
                                 Daniel L. McKenty
                                 The Corporate Plaza
                                 800 Delaware Ave, Suite 200
                                 P.O. Box 128
                                 Wilmington, DE  19899-0397
                                 302-753-4800
                                 Attorneys for Defendant

Date:  January 16, 2008