UNITED STATE DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DESOMBRE, a natural guardian A.H., a minor, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 07-CV-00022 (JJF) |
| v. | ) ) ) | |
| KB TOYS, INC., d/b/a KB TOYS, | ) ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant. | ) | |

**NOTICE OF SERVICE**

    I, Marc H. Snyder, Esquire, of Rosen, Moss, Snyder & Bleefeld, do hereby certify that on the 14th day of April 2008, true and correct copies of Plaintiff, Lisa Desombre, a natural guardian of A.H., a minor, answers to Defendant, KB Toys, Inc., First Set of Interrogatories and Requests for Production, were forwarded to the below-listed attorney of record first class regular mail to the following:

        Daniel McKenty, Esquire
        800 Delaware Avenue, Suite 200
        P.O. Box 128
        Wilmington, DE 19899

        **ROSEN, MOSS, SNYDER & BLEEFELD**

        /s/ Marc H. Snyder
        Marc H. Snyder, Delaware Bar Id. #: 3791
        1813 Marsh Road, Suite D
        Wilmington, DE 19810

Dated: April 14, 2008