UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KB TOYS, INC., d/b/a KB TOYS, )<br>)<br>Defendant. ) | C.A. No.: 07-CV-00022 (JJF)<br><br>TRIAL BY JURY OF 12<br>DEMANDED |

## NOTICE OF SERVICE

I, Daniel L. McKenty, Esquire, of Heckler & Frabizzio, do hereby certify that on the 16th day of April 2008, two true and correct copies of the ANSWERS TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT were forwarded to the below-listed attorney of record electronic filing to the following:

Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE 19810

HECKLER & FRABIZZIO

/s/Daniel McKenty
Daniel L. McKenty, 2689
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant,
K.B. Toys, Inc.

Date: April 16, 2008