## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No.: 07-CV-00022 (JJF) |
| KB TOYS, INC., d/b/a KB TOYS, | ) ) ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Daniel L. McKenty, Esquire, of Heckler & Frabizzio, do hereby certify that on the 16th day of April 2008, two true and correct copies of the ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDENT of record electronic filing to the following:

>Marc H. Snyder, Esquire
>Rosen, Moss, Snyder & Bleefeld, L.L.P.
>1813 Marsh Road, Suite D
>Wilmington, DE 19810

>HECKLER & FRABIZZIO

>/s/Daniel McKenty
>Daniel L. McKenty, 2689
>800 Delaware Avenue, Suite 200
>PO BOX 128
>Wilmington, DE 19899
>Attorney for Defendant,
>K.B. Toys, Inc.

Date: April 16, 2008