377706/17359

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, ) ) ) Plaintiff, ) ) v. ) ) KB TOYS, INC., d/b/a KB TOYS, ) ) Defendant. ) | C.A. No.: 07-CV-00022 (JJF) TRIAL BY JURY OF 12 DEMANDED |

## NOTICE OF SERVICE

I, Daniel L. McKenty, Esquire, of Heckler & Frabizzio, do hereby certify that on the 30th day of May 2008, true and correct copies of the Defendant, K.B. Toys, Inc., Interrogatories directed to Plaintiff, were forwarded to the below-listed attorney of record electronic filing to the following:

> Marc H. Snyder, Esquire
> Rosen, Moss, Snyder & Bleefeld, L.L.P.
> 1813 Marsh Road, Suite D
> Wilmington, DE 19810

> HECKLER & FRABIZZIO

> /s/Daniel McKenty
> Daniel L. McKenty, 2689
> 800 Delaware Avenue, Suite 200
> PO BOX 128
> Wilmington, DE 19899
> Attorney for Defendant,
> K.B. Toys, Inc.

Date: May 30, 2008