402075/17359

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.:  07-CV-00022 (JJF) |
| KB TOYS, INC., d/b/a KB TOYS, | ) ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant. | ) | |

### NOTICE OF MOTION

To:    Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE  19810


PLEASE TAKE NOTICE that the attached Motion will be presented to the Court

at the convenience of the Court.


HECKLER & FRABIZZIO


DANIEL L. MCKENTY (I.D. No. 2689)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128
(302) 573-4800
Attorney for Defendant

402075/17359

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 07-CV-00022 (JJF) |
| KB TOYS, INC., d/b/a KB TOYS, | ) ) | TRIAL BY JURY OF 12 DEMANDED |
| Defendant. | ) | |

## RULE 7.1.1 STATEMENT

Due to the nature of the motion, pre-motion discussions would be futile.

402075/17359

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

LISA DESOMBRE, a natural guardian   )
of AJH, a minor,   )
   )
     Plaintiff,   )
   )
     v.   )   C.A. No.:  07-CV-00022 (JJF)
   )
KB TOYS, INC., d/b/a KB TOYS,   )   TRIAL BY JURY OF 12
   )   DEMANDED
     Defendant.   )

### MOTION IN LIMINE OF DEFENDANT K.B. TOYS

COMES NOW Defendant, KB Toys, Inc. ("KB Toys"), by and through counsel, and moves this Court for an Order in Limine barring the introduction by plaintiff of a medical expert in this matter.  In support thereof, defendant states as follows:

1.  This case arises from an alleged incident occurring at the KB Toys Store at the Dover Mall in Dover, Delaware on January 15, 2005 wherein plaintiff alleges that her son, minor plaintiff, was struck in the head with a hammer due to the alleged negligence of KB Toys.

2.  Pursuant to the trial scheduling order, plaintiff's expert deadline passed on July 2, 2008.  (See Trial Scheduling Order attached hereto as Exhibit "A").

3.  Allowing plaintiff to identify medical experts and produce a medical expert report after the deadline would severely prejudice the defendant in this matter.  Defendant would be unable to identify or produce a medical expert witness and/or report to rebut plaintiff's medical expert within the confines of the trial scheduling order.

4.  Further, as mediation in this matter is scheduled for August 5, 2008 and trial is scheduled to commence on December 4, 2008, in the interests of fairness and judicial

402075/17359

economy, any attempt by plaintiff to identify an expert or produce an expert report should

be barred.

WHEREFORE, Defendants, KB Toys, move this Honorable Court to issue an

Order in Limine barring the introduction of expert testimony from Plaintiff.

HECKLER & FRABIZZIO

DANIEL L. MCKENTY (I.D. No. 2689)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128
(302) 573-4800
Attorney for Defendant

4

402075/17359

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

LISA DESOMBRE, a natural guardian   )
of AJH, a minor,   )
   )
      Plaintiff,   )
   )
      v.   )   C.A. No.:  07-CV-00022 (JJF)
   )
KB TOYS, INC., d/b/a KB TOYS,   )   TRIAL BY JURY OF 12
   )   DEMANDED
      Defendant.   )

## PROPOSED ORDER

NOW TO WIT, this _____ day of _____, 2008, Defendants' Motion in Limine

is hereby **GRANTED.**

     IT IS SO ORDERED.

                                                 _____
                                                    J.

402075/17359

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DESOMBRE, a natural guardian of AJH, a minor, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.:  07-CV-00022 (JJF) |
| | ) | |
| KB TOYS, INC., d/b/a KB TOYS, | ) | TRIAL BY JURY OF 12 |
| | ) | DEMANDED |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, **Daniel L. McKenty**, hereby certify on this 16th day of July 2008, copies of the

attached Notice of Motion, Motion in Limine and Order were served on the following

individuals via first class mail:

Marc H. Snyder, Esquire
Rosen, Moss, Snyder & Bleefeld, L.L.P.
1813 Marsh Road, Suite D
Wilmington, DE  19810


**HECKLER & FRABIZZIO**


DANIEL L. MCKENTY (I.D. No. 2689)

The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128
(302) 573-4800
Attorney for Defendant